UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:08-00261 |
| | ) | JUDGE CAMPBELL |
| REGINALD ELLISON, SR. | ) | |

ORDER

Pending before the Court is a Motion for Continuance of Hearing (Docket No. 93). The Motion is GRANTED.

The hearing currently scheduled for June 22, 2015, is RESCHEDULED for August 10, 2015, at 2:30 p.m. The Defendant shall appear at the hearing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE